## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Montrell Carr, et al.
                        Plaintiff,

v.                                               Case No.: 1:17−cv−07135
                                                                            Honorable Martha M. Pacold

Sheriff of Cook County, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 9, 2022:

      MINUTE entry before the Honorable M. David Weisman: In light of the still pending motion for class certification [129], the status hearing set for 5/10/22 is stricken. Status hearing set for 7/8/22 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. Parties shall contact the Court jointly by email if they would like to an earlier date. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.